Pedro Luis Colón Martinez  CASE NO. 19-04438 ESL
Debtor  CHAPTER 13

## MOTION REQUESTING DISMISSAL OF CASE

RECEIVED AND FILED – SJ-PR
USBC '19 SEP 9 PM 1:20

To the Honorable Court:

By these means I wish to respectfully inform the Court that to this day, debtor Pedro Luis Colón Martinez has filed his fifth Bankruptcy claims.

① As of today September 9, 2019, Pedro L. Colón Martinez owes CHILD support to my daughter in the amount of $74,007.79. (Exhibit #1)

② In August Pedro L. Colón Martinez received a $70,000.00 Inheritance and still, not a cent was paid to my daughter child Support debt.

③ That all Previous bankrupcy claims have been declined for failure to comply.

④ For the preceding reasons we urge The Honorable Court to dismiss Pedro L. Colon's request for bankrupcy. It is clearly an attempt to mock this Federal Judicial Privilege, Maliciously Manipulating it for his own gain in clear disregard for the wellbeing of his daughter.

Respectfully,

Sandra Peña Lopez  Pedro Colón
Mother  September 9, 2019

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de Emisión: 9/9/2019
*Issue date:*

## CERTIFICACION
### *CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

SANDRA PENA LOPEZ no tiene la obligación de pagar pensión alimentaria a través de ASUME.
*SANDRA PENA LOPEZ does not have obligation to pay child support through the ASUME.*

| Caso<br>*Case* | Pensión Fijada<br>*Support Established* | Frecuencia de Pago<br>*Payment Frequency* | Fecha Último Pago<br>*Last Payment Date* | Balance adeudado<br>*Arrears Due* | Plan de Pagos<br>*Payment plan* | Frecuencia Plan de Pagos<br>*Payment plan frequency* | Fecha en que se estableció Plan de Pagos<br>*Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos<br>*Date of last payment for payment plan* |
|---|---|---|---|---|---|---|---|---|
| 0351865 | $1,054.00 | MENSUAL | 7/21/2017 | $74,007.79 | $316.20 | MENSUAL | 12/12/2016 | 7/21/2017 |

En este caso los alimentistas NO recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.
*In this case, the obligees received NO economic assistance from the Temporary Assistance for Needy Families Program (TANF).*

SANDRA PENA LOPEZ NO se encuentra acogido/a a la Ley de Quiebras.
*SANDRA PENA LOPEZ IS NOT under the protection of the Bankruptcy Act.*

Tiene __0__ obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.
*Has __0__ child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en __1__ caso(s):
*Receives child support through ASUME in __1__ case(s):*

0351865

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

20190909201910093021Q9

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.
*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15