IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>PEDRO LUIS COLON MARTINEZ<br><br><br>DEBTOR | CASE: 19-04438 ESL<br><br><br><br>CHAPTER 13 |

### REPLY TO MOTION TO DISMISS
### FILED ON DOCKET NUMBER 18

**TO THE HONORABLE COURT:**

**COMES NOW** debtor through the undersigned attorney and very respectfully prays and shows as follows:

1. The Clerck of the Court filed a Motion to Dismiss alleging debtor had failed pay the second installment.

2. Debtor was confused as to the process and made the payment to the chapter 13 Trustee.

3. Debtor has made the installment after realizing the problem.

4. Debtor hereby attaches evidence of the payment made to the Chapter 13 Trustee, by mistake, and the payment made to the installment fee.

**WHEREFORE** debtor very respectfully prays from this Honorable Court to deny the motion docket number 18.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the same date of this Notice a copy of the mentioned MOTION was filed by electronic means with the Court which provides notice to all creditors in the CM/ECFM System, and copy has been sent by regular mail to all creditors listed and parties in interest in the master list address that are not in the CM/ECFM System.

In Carolina, Puerto Rico this September 16, 2019

                    MORENO & SOLTERO, LLC
                    /s/ROSANA MORENO RODRIGUEZ
                    ATTORNEY FOR DEBTOR
                    USDC #221903
                    P.O. BOX 679
                    TRUJILLO ALTO, PR 00977
                    PHONE: (787) 750-8160
                    FAX: (787) 750-8243
                    EMAIL: rmoreno@morenosolterolaw.com

**Miscellaneous:**

19-04438-ESL13 PEDRO LUIS COLON MARTINEZ
Type: bk                    Chapter: 13 v                    Office: 3 (Old San Juan)
Assets: y                   Judge: ESL
Case Flag: PlnDue, CounDue, DebtEd, DeBN-Yes, FeeDueINST

# U.S. Bankruptcy Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from ROSANA MORENO RODRIGUEZ entered on 9/16/2019 at 9:23 AM AST and filed on 9/16/2019
**Case Name:**       PEDRO LUIS COLON MARTINEZ
**Case Number:**     19-04438-ESL13
**Document Number:** 24

**Docket Text:**
Second Installment Payment. Fee Amount $100.00 (RE: related document(s)[8]). filed by ROSANA MORENO RODRIGUEZ on behalf of PEDRO LUIS COLON MARTINEZ (MORENO RODRIGUEZ, ROSANA)

The following document(s) are associated with this transaction:

**19-04438-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

JOSE A MOREDA DEL VALLE on behalf of Creditor EAST HARBOR
bankruptcy@jmdvlaw.com

ROSANA MORENO RODRIGUEZ on behalf of Debtor PEDRO LUIS COLON MARTINEZ
rmoreno@morenosolterolaw.com,
asoltero@morenosolterolaw.com;ccabrera@morenosolterolaw.com;bmarrero@morenosolterolaw.com;info@morenoandmorenolaw.com;G12144@notify.cincompass.com;rn

FRANSHESKA JANET PABON on behalf of Creditor FIRST BANK CORP.
FPabon@lvvlaw.com, NCruz@lvvlaw.com

CARLOS E PEREZ PASTRANA (SOA) on behalf of Creditor RELIABLE AUTO A DIVISION OF POPULAR AUTO LLC
cperezp@reliablefinancial.com

CARLOS A RUIZ RODRIGUEZ on behalf of Creditor MARY CARMEN RIVERA RODRIGUEZ
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

**19-04438-ESL13 Notice will not be electronically mailed to:**

SANDRA PENA LOPEZ
URB RAMOS ANTONINI
24 CALLE 1
SAN LORENZO, PR 00754

# U.S. Bankruptcy Court
# District of Puerto Rico

Thank you. Your transaction in the amount of **$ 100.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **14199772**.

**Detail description:**
Installment Payment (Second)(19-04438-ESL13) [court,recinst2] ( 100.00)

| PRINT INQUIRY | | Close Window | | Click Here to Print this Page | |
|---|---|---|---|---|---|
| 19-04438-ESL | PEDRO LUIS COLON MARTINEZ (xxx-xx-2014) | | 210 ASH BREEZE CV • • ST AUGUSTIN • FL • 32095 | Bar Date(s): | 10/15/2019  2/3/2020 |
| | | | | Confirmed: | Not Confirmed |
| | | Trustee: José R. Carrión | Attorney: PRO SE* | Case Status: | ACTIVE |

## Case Profile

| Balance on Hand | $93.50 |
|---|---|
| Last Receipt Date | Thursday, September 5, 2019 |
| Last Receipt Amount | $100.00 |
| Last Disburse Date | |
| 341 Meeting Date | Thursday, September 12, 2019 8:00 AM |
| Date Petition Filed | Monday, August 5, 2019 |
| Total Paid Into the Plan | $100.00 |
| Total Disbursed | $6.50 |
| Attorney Payee / Level | PRO SE* / 4 |
| Judge | ENRIQUE LAMOUTTE |
| Plan Terms | 60 |
| Months Remaining | 0 |
| Percent to Unsecureds | 0.000% |
| Bar Check Status | No |
| Disburse Flag | No |
| Months Since Confirmation | |
| Months Since Petition Filed | 1 |

### CASE DETAIL

| Debtor Type | Individual |
|---|---|
| Trustee's Percentage | 6.50% |
| Total Paid to Trustee | $6.50 |
| Permanent Hold | $0.00 |
| Temporary Hold | $0.00 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

### DATES AND TIMES

| Plan Filed Date | Monday, August 5, 2019 |
|---|---|
| Petition Filed Date | Monday, August 5, 2019 |
| First Meeting Date | Thursday, September 12, 2019 8:00 AM |
| First Payment Due Date | Wednesday, September 4, 2019 |
| Confirmation Hearing Date | Wednesday, October 16, 2019 2:00 PM |
| Date Case Confirmed | |
| Show Cause Date | |
| Probation Date | |
| Last Letter Date | Tuesday, October 15, 2019 8:00 AM |
| Closed Date | |
| Cleared Date | |
| Claims Bar Date | Tuesday, October 15, 2019 |
| Supplemental Documents Bar Date | Tuesday, December 3, 2019 |
| Governmental Bar Date | Monday, February 3, 2020 |

### ADDITIONAL AMOUNTS

| Liq. Value | $0.01 |
|---|---|

### CODES AND FLAGS

| Region | 1 - 4 |
|---|---|
| District | 4 - San Juan |
| Division | 1 - Division 1 |
| CaseImage | N |
| Adequate Protection | N |
| Closed Case Maintenance | N |
| ConfirmedOver45Days | N |
| DSO Case | N |
| DBA | N |
| Schedule Revised | N |
| Income Tax Return | Y |
| MTD Compel | N |
| Qualify for Discharge | U |
| Number of DSO | 0 |
| DBA Complete | N |
| Case Setup | SD |
| 341Status | C |
| Above Median Debtor | TBD |

### DEBTOR1 - PEDRO LUIS COLON MARTINEZ

| Address 1 | 210 ASH BREEZE CV |
|---|---|
| Address 2 | |
| City, State | ST AUGUSTIN FL |
| Zip Code | 32095-0000 |
| Phone | |
| SSN | xxx-xx-2014 |
| AKA | PEDRO COLON MARTINEZ |
| DBA | PEDRO COLON TRUCKING |

### DEBTOR2 -

**DEBTOR PAY SCHEDULE**

| No Schedules established. |
|---|

| | |
|---|---|
| Address 1 | |
| Address 2 | |
| City, State | |
| Zip Code | |
| Phone | |
| SSN | |
| AKA | |
| DBA | |