IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>**PEDRO LUIS COLON MARTINEZ**<br><br>DEBTOR(S) | CASE NO.: 19-04438-ESL<br><br>CHAPTER 13 |

## MOTION AMENDING SCHEDULES "I" & "J"

**TO THE HONORABLE COURT:**

 **COMES NOW** debtor through the undersigned attorney and very respectfully prays and shows as follows:

1) Debtor hereby includes Schedules I and J not previously included in docket number 34, Summary of Schedules and Schedules.
2) By clerical mistake, Debtor did not include both Schedules in said docket.
3) Debtor hereby submits Schedules I and J accordingly.

 **WHEREFORE** the debtor very respectfully prays from the Court to allow the amended Schedules "I" & "J" in substitution of the one previously filed.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

 Notice is hereby given to all creditors and parties in interest that a Motion Amending Schedules I & J have been filed.

 **Within FOURTEEN (14) DAYS AFTER SERVICE** as evidenced by the certification, and an additional three (3) days pursuant Fed. R. Bank P. (9006) (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief or remedy sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of

Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. It you file a timely response, the court may-in its discretion-schedule a hearing.

## CERTIFICATE OR SERVICE

I hereby certify that on the same date of this Notice a copy of the mentioned Motion was filed by electronic means with the Court which provides notice to all creditors in the CM/ECFM System, and copy has been sent by regular mail to all creditors listed and parties in interest in the master list address that are not in the CM ECF system.

**In Carolina, Puerto Rico on October 1, 2019.**

> **MORENO & SOLTERO, LLC**
> **/s/ROSANA MORENO RODRIGUEZ**
> **ATTORNEY FOR DEBTOR**
> **USDC #221903**
> **P.O. BOX 679**
> **TRUJILLO ALTO, PR 00977**
> **PHONE: 787) 750-8160**
> **FAX: (787) 750-8243**
> EMAIL: rmoreno@morenosolterolaw.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | PEDRO L. COLON-MARTINEZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | 19-04438-ESL |

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | INDEPENDENT DRIVER | |
| Employer's name | | . | |
| Employer's address | | | |
| How long employed there? | | 2 years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 1,400.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 1,400.00 | $ N/A |

Debtor 1 COLON-MARTINEZ, PEDRO L.     Case number (if known) 19-04438-ESL

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 1,400.00 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,400.00 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,400.00 + $ N/A | = $ 1,400.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____ 11. +$     0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $    1,400.00
                                                                                                                                                                          Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | PEDRO L. COLON-MARTINEZ | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 19-04438-ESL | | |

☑ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ PEDRO L. COLON-MARTINEZ             X _____
  PEDRO L. COLON-MARTINEZ                     Signature of Debtor 2
  Signature of Debtor 1

Date October 1, 2019                           Date

```
ASUME
PO BOX 71414
SAN JUAN, PR   00936-8514


AUTOEXPRESO
PO BOX 11889
SAN JUAN, PR   00922-1889


BANCO POPULAR
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR   00936-6818


BANCO POPULAR DE PR
MORTGAGE SERVICING DEPARTMENT
PO BOX 362708
SAN JUAN, PR   00936-2708


CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT   84130-0281


EAST HARBOR
12360 NW SOUTH RIVER DRIVE SUITE B
MIAMI, FL   33178-1193


ECMC
LOCKBOX 8682
PO BOX 16478
ST PAUL, MN   55116
```

ENHANCED RECOVERY COMPANY, LLC
PO BOX 57547
JACKSONVILLE, FL 32241


FIRSTBANK
PO Box 9146
San Juan, PR 00908-0146


HARLEY DAVIDSON CREDIT CORP
DEPT 15129
PALATINE, IL 60055


LCDA ILEANA RIVERA TORRES
12 CALLE MUNOZ RIVERA
CIDRA, PR 00739


MRS MARI C RIVERA RODRIGUEZ
URB CIUDAD JARDIN SUR 237 CALLE VILLALON
CAGUAS, PR 00727


MRS SANDRA PENA LOPEZ
URB RAMOS ANTONINI 24 CALLE 1
SAN LORENZO, PR 00754


ORLANDO HEALTH
1414 KUHL AVE
ORLANDO, FL 32806

```
PORTFOLIO RECOVERY ASSOCIATES, LLC
120 CORPORATE BOULEVARD
NORFOLK, VA   23502


PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX  772813
CHICAGO, IL   60677


RELIABLE AUTO
PO BOX 50045
SAN JUAN, PR   00902


SANTANDER CONSUMER USA
PO BOX 560284
DALLAS, TX   75356


SPRINT NEXTEL
BANKRUPTCY DEPARTMENT
PO BOX 7949
OVERLAND PARK, KS   66207-0949


VOSS & KLEIN, LLC
49 N FEDERAL HWY  SUITE 316
POMPANO BEACH, FL   33062
```