IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

PEDRO LUIS COLON MARTINEZ

CASE NO.: 19-04438-ESL

DEBTOR(S)

CHAPTER 13

## MOTION AMENDING SCHEDULES "I" & "J"

**TO THE HONORABLE COURT:**

**COMES NOW** debtor through the undersigned attorney and very respectfully prays and shows as follows:

1) Debtor hereby includes Schedules I and J not previously included in docket number 34, Summary of Schedules and Schedules.
2) By clerical mistake, Debtor did not include both Schedules in said docket.
3) Debtor hereby submits Schedules I and J accordingly.

**WHEREFORE** the debtor very respectfully prays from the Court to allow the amended Schedules "I" & "J" in substitution of the one previously filed.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

Notice is hereby given to all creditors and parties in interest that a Motion Amending Schedules I & J have been filed.

**Within FOURTEEN (14) DAYS AFTER SERVICE** as evidenced by the certification, and an additional three (3) days pursuant Fed. R. Bank P. (9006) (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief or remedy sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of

Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. It you file a timely response, the court may-in its discretion-schedule a hearing.

### CERTIFICATE OR SERVICE

I hereby certify that on the same date of this Notice a copy of the mentioned Motion was filed by electronic means with the Court which provides notice to all creditors in the CM/ECFM System, and copy has been sent by regular mail to all creditors listed and parties in interest in the master list address that are not in the CM ECF system.

**In Carolina, Puerto Rico on October 1, 2019.**

>
> **MORENO & SOLTERO, LLC**
> **/s/ROSANA MORENO RODRIGUEZ**
> **ATTORNEY FOR DEBTOR**
> **USDC #221903**
> **P.O. BOX 679**
> **TRUJILLO ALTO, PR 00977**
> **PHONE: 787) 750-8160**
> **FAX: (787) 750-8243**
> **EMAIL:** rmoreno@morenosolterolaw.com

**Fill in this information to identify your case:**

Debtor 1: PEDRO L. COLON-MARTINEZ

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 19-04438-ESL

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

    Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent.

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Daughter | 16 | ☑ No ☐ Yes |
    | Daughter | 9 | ☑ No ☐ Yes |
    | Daughter | 8 | ☑ No ☐ Yes |
    | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
    ☑ No
    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 150.00

    If not included in line 4:

    | | | | |
    |---|---|---|---|
    | 4a. | Real estate taxes | 4a. $ | 0.00 |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
    | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Debtor 1    COLON-MARTINEZ, PEDRO L.      Case number (if known)   19-04438-ESL

6. **Utilities:**
   - 6a. Electricity, heat, natural gas   6a. $ 0.00
   - 6b. Water, sewer, garbage collection   6b. $ 0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $ 60.00
   - 6d. Other. Specify:   6d. $ 0.00
7. **Food and housekeeping supplies**   7. $ 75.00
8. **Childcare and children's education costs**   8. $ 0.00
9. **Clothing, laundry, and dry cleaning**   9. $ 0.00
10. **Personal care products and services**   10. $ 0.00
11. **Medical and dental expenses**   11. $ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. $ 65.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. $ 0.00
14. **Charitable contributions and religious donations**   14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance   15a. $ 0.00
    - 15b. Health insurance   15b. $ 0.00
    - 15c. Vehicle insurance   15c. $ 0.00
    - 15d. Other insurance. Specify:   15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:   **TAX RESERVE**   16. $ 50.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1   17a. $ 0.00
    - 17b. Car payments for Vehicle 2   17b. $ 0.00
    - 17c. Other. Specify:   17c. $ 0.00
    - 17d. Other. Specify:   17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $ 900.00
19. **Other payments you make to support others who do not live with you.**
    Specify:   19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property   20a. $ 0.00
    - 20b. Real estate taxes   20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance   20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses   20d. $ 0.00
    - 20e. Homeowner's association or condominium dues   20e. $ 0.00
21. **Other:** Specify:   21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21.   $ 1,300.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    - 22c. Add line 22a and 22b. The result is your monthly expenses.   $ 1,300.00

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I.   23a. $ 1,400.00
    - 23b. Copy your monthly expenses from line 22c above.   23b. -$ 1,300.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.   23c. $ 100.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here:

Official Form 106J      Schedule J: Your Expenses      page 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | PEDRO L. COLON-MARTINEZ | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 19-04438-ESL | | |

 ☑ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ PEDRO L. COLON-MARTINEZ**                X _____
  **PEDRO L. COLON-MARTINEZ**                       Signature of Debtor 2
  Signature of Debtor 1

  Date **October 1, 2019**                         Date

```
ASUME
PO BOX 71414
SAN JUAN, PR  00936-8514


AUTOEXPRESO
PO BOX 11889
SAN JUAN, PR  00922-1889


BANCO POPULAR
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR  00936-6818


BANCO POPULAR DE PR
MORTGAGE SERVICING DEPARTMENT
PO BOX 362708
SAN JUAN, PR  00936-2708


CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT  84130-0281


EAST HARBOR
12360 NW SOUTH RIVER DRIVE SUITE B
MIAMI, FL  33178-1193


ECMC
LOCKBOX 8682
PO BOX 16478
ST PAUL, MN  55116
```

ENHANCED RECOVERY COMPANY, LLC
PO BOX 57547
JACKSONVILLE, FL 32241


FIRSTBANK
PO Box 9146
San Juan, PR 00908-0146


HARLEY DAVIDSON CREDIT CORP
DEPT 15129
PALATINE, IL 60055


LCDA ILEANA RIVERA TORRES
12 CALLE MUNOZ RIVERA
CIDRA, PR 00739


MRS MARI C RIVERA RODRIGUEZ
URB CIUDAD JARDIN SUR 237 CALLE VILLALON
CAGUAS, PR 00727


MRS SANDRA PENA LOPEZ
URB RAMOS ANTONINI 24 CALLE 1
SAN LORENZO, PR 00754


ORLANDO HEALTH
1414 KUHL AVE
ORLANDO, FL 32806

```
PORTFOLIO RECOVERY ASSOCIATES, LLC
120 CORPORATE BOULEVARD
NORFOLK, VA   23502


PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX  772813
CHICAGO, IL   60677


RELIABLE AUTO
PO BOX 50045
SAN JUAN, PR   00902


SANTANDER CONSUMER USA
PO BOX 560284
DALLAS, TX   75356


SPRINT NEXTEL
BANKRUPTCY DEPARTMENT
PO BOX 7949
OVERLAND PARK, KS   66207-0949


VOSS & KLEIN, LLC
49 N FEDERAL HWY  SUITE 316
POMPANO BEACH, FL   33062
```