IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>**PEDRO LUIS COLON MARTINEZ**<br><br><br><br>**DEBTOR** | CASE: 19-04438 ESL<br><br><br><br><br>CHAPTER 13 |

### REPLY TO MOTION REQUESTING DISMISSAL OF CASE

**TO THE HONORABLE COURT:**

 **COMES NOW** debtor through the undersigned attorney and very respectfully prays and shows as follows:

1. Creditor Sandra Pena Lopez has filed a Motion to Dismiss, docket number 16.

2. The same alleges Debtor has not made DSO current payments for September and October 2019. The current case was filed on August 5, 2019.

3. Debtor and movant have a DSO obligation established in the amount $1054 monthly through ASUME, ASUME's case number 0351865.

4. Debtor recently moved for a revision of the monthly DSO payment. The same is being considered by the state court under case HSRF2004-00942. The ASUME examiner held a hearing on October 2, 2019. Evidence is attached.

5. Debtor expects such case to be decided in his favor, and a revised DSO monthly obligation will be informed accordingly.

6. Notwithstanding the foregoing, Debtor hereby submits evidence of the two monthly payments paid for the months of September and October 2019, with the current DSO monthly installment. This is without prejudice of the DSO obligation revision proceeding currently pending.

7. Debtor hereby requests that docket number 16 be denied.

**WHEREFORE** debtor very respectfully prays from this Honorable Court to deny docket number 16.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the same date of this Notice a copy of the mentioned MOTION was filed by electronic means with the Court which provides notice to all creditors in the CM/ECFM System, and copy has been sent by regular mail to all creditors listed and parties in interest in the master list address that are not in the CM/ECFM System.

In Carolina, Puerto Rico this October 9, 2019

MORENO & SOLTERO, LLC
/s/ROSANA MORENO RODRIGUEZ
ATTORNEY FOR DEBTOR
USDC #221903
P.O. BOX 679
TRUJILLO ALTO, PR 00977
PHONE: (787) 750-8160
FAX: (787) 750-8243
EMAIL: rmoreno@morenosolterolaw.com



**BANCO POPULAR**

022    Sucursal Parada 22
Date: 10/09/2019    Time: 2:15 pm
Teller ID: 12

Trans. /    Trans. Description /    Amount
Sequence    Account Number

506  Cash From Client                $2,120.00

ASUME DCR Payment
035186550001527691
Paid Amount                          $1,054.00

507  Paid To Client                  $1,066.00

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !
TeleBanco Popular 787-724-3650 ó 1-888-724-3650
www.bancopopular.com



**BANCO POPULAR**

022 Sucursal Parada 22
Date: 10/09/2019  Time: 2:17 PM
Teller ID: 12

Trans. / Trans. Description / Amount
Sequence    Account Number

510 Cash From Client              $1,054.00

ASUME OCR Payment
0351865500015272691
Paid Amount                       $1,054.00

Este recibo es el comprobante de sus transacciones. Consérvelo para reconciliar su estado de cuenta, para alguna reclamación o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !
TeleBanco Popular 787-724-3650 ó 1-888-724-3650
www.bancopopular.com

0001527269-1
Número de Participante
Participant's Number

0351865500015272
Número de Caso
Case Number

BANCO POPULAR
PARADA 22
OCT 09 2019

 Ruth Pizarro <rmprlegal@gmail.com>

## Notificación Electrónica HSRF200400942

**NoReply@ramajudicial.pr** <NoReply@ramajudicial.pr>  Tue, Sep 10, 2019 at 1:46 PM
To: rmprlegal@gmail.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE HUMACAO-SUPERIOR

PEÑA LOPEZ, SANDRA  CASO NÚM.  HSRF200400942
DEMANDANTE  SALON NÚM.  302
VS  SOBRE:  ALIMENTOS LOCALES
COLON MARTINEZ, PEDRO L
DEMANDADO

N O T I F I C A C I Ó N

A:  LIC. PIZARRO RODRIGUEZ,RUTH M.
RMPRLEGAL@GMAIL.COM
LIC. LOZANO RUIZ,LINDA L
LCDALOZANORUIZ@YAHOO.COM
LIC. RODRÍGUEZ CINTRÓN,LUIS R.
LRRODRIGUEZCINTRON@HOTMAIL.COM
PEÑA LOPEZ,SANDRA
URB RAMOS ANTONINI
24 CALLE 1
SAN LORENZO PR 00754

EL (LA) SECRETARIO(A) QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL (A LA): MOCIÓN URGENTE MOCION SOLICITANDO REBAJA DE PENSION E INFORMATIVA SOBRE RADICACION DE QUIEBRAS ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 06 DE SEPTIEMBRE DE 2019.
SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

SE SEÑALA VISTA PARA EL 2 DE OCTUBRE DE 2019 A LA 1:30PM
SALA 302. PRESENTAR PLANILLA DE INFORMACION PERSONAL Y
ECONOMICA EN EL TERMINO DE 10 DIAS.
  FDO. MARRERO COLL, FERNANDO
  EXAMINADOR PENSIONES ALIMENTARIAS

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA ORDEN, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 10 DE SEPTIEMBRE DE 2019, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN HUMACAO, PUERTO RICO, EL 10 DE SEPTIEMBRE DE 2019.
DOMINGA GOMEZ FUSTER  POR: F/ ASTRID FLORES VEGA
NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL  NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR DEL TRIBUNAL

OAT1812-Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016)