Tribunal Supremo · Tribunal de Apelaciones · Tribunal Primera Instancia · Administración de Tribunales

## Consulta de Casos

Inicio / Consultas / Casos

Información General | Señalamientos | Movimientos | Notificaciones | Documentos

| Número de Caso | Demandante | Demandado | Región Tribunal | Asunto | Materia | Estatus |
|---|---|---|---|---|---|---|
| HSRF200400942 | PEÑA LOPEZ SANDRA | COLON MARTINEZ PEDRO L | HUMACAO SUPERIOR | RELACIONES DE FAMILIA | ALIMENTOS | RESUELTO - INACTIVO A PARTIR DE: 22/04/2009 |

| Fecha | Hora | Tipo de Señalamiento | Salón | Juez |
|---|---|---|---|---|
| 02/10/2019 | 01:30 PM | VISTA DE REVISION | 302 | MARRERO COLL, FERNANDO |
| 15/10/2018 | 08:30 AM | VISTA DE DESACATO ALIMENTOS | 303 | MARILUZ CRUZ MORALES |
| 29/08/2014 | 08:30 AM | VISTA REBAJA PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 06/08/2014 | 08:30 AM | VISTA REBAJA PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 26/02/2014 | 01:30 PM | VISTA REBAJA PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 10/12/2013 | 08:30 AM | VISTA DE DESACATO ALIMENTOS | 303 | MIGUEL A. CORDERO GONZALEZ |
| 17/09/2013 | 11:00 AM | VISTA DE DESACATO ALIMENTOS | 303 | MIGUEL A. CORDERO GONZALEZ |
| 13/08/2013 | 08:30 AM | VISTA DE DESACATO ALIMENTOS | 303 | MIGUEL A. CORDERO GONZALEZ |
| 09/07/2013 | 08:30 AM | VISTA DE DESACATO ALIMENTOS | 303 | MIGUEL A. CORDERO GONZALEZ |
| 18/06/2013 | 08:30 AM | VISTA DE DESACATO ALIMENTOS | 303 | MIGUEL A. CORDERO GONZALEZ |
| 04/09/2012 | 08:30 AM | VISTA DE DESACATO | 303 | EVA ARAYA RAMIREZ |
| 30/08/2011 | 08:30 AM | VISTA DE SEGUIMIENTO | 303 | EVA ARAYA RAMIREZ |
| 10/06/2011 | 04:00 PM | VISTA DE SEGUIMIENTO | 303 | EVA ARAYA RAMIREZ |
| 19/05/2011 | 08:30 AM | VISTA DE SEGUIMIENTO | 303 | EVA ARAYA RAMIREZ |
| 12/05/2011 | 02:00 PM | VISTA DE SEGUIMIENTO | 303 | EVA ARAYA RAMIREZ |
| 11/05/2011 | 08:30 AM | VISTA DE DESACATO | 303 | EVA ARAYA RAMIREZ |
| 03/05/2011 | 10:30 AM | VISTA DE DESACATO | 303 | EVA ARAYA RAMIREZ |
| 24/02/2011 | 08:30 AM | VISTA DE DESACATO | 301 | EVA ARAYA RAMIREZ |
| 31/01/2011 | 02:00 PM | VISTA MODIFICACION PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 08/12/2010 | 01:30 PM | VISTA MODIFICACION PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 05/11/2010 | 01:30 PM | VISTA MODIFICACION PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 20/10/2010 | 08:30 AM | VISTA DE SEGUIMIENTO | 301 | EVA ARAYA RAMIREZ |
| 20/10/2010 | 08:30 AM | VISTA MODIFICACION PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 07/10/2010 | 08:30 AM | VISTA | 301 | EVA ARAYA RAMIREZ |
| 15/09/2010 | 08:30 AM | VISTA DE DESACATO | 301 | CARMEN M MERCED TORRES |
| 14/09/2010 | 08:30 AM | VISTA DE DESACATO | 301 | CARMEN M MERCED TORRES |
| 06/07/2010 | 10:30 AM | VISTA DE SEGUIMIENTO | 301 | CARMEN M MERCED TORRES |
| 13/04/2010 | 10:00 AM | VISTA DE SEGUIMIENTO | 301 | CARMEN M MERCED TORRES |
| 09/03/2010 | 01:00 PM | VISTA MODIFICACION PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |
| 28/01/2010 | 02:00 PM | VISTA DE DESACATO | 301 | CARMEN M MERCED TORRES |
| 05/11/2009 | 02:00 PM | VISTA RELACIONES PATERNO-FILIALES | 301 | CARMEN M MERCED TORRES |
| 03/04/2009 | 11:00 AM | VISTA FIJAR PENSION | 302 | MARRERO COLL, FERNANDO |
| 21/10/2008 | 08:30 AM | VISTA DE DESACATO | 301 | CARMEN M MERCED TORRES |
| 12/09/2008 | 09:30 AM | VISTA IMPUGNACION DE INFORME | 301 | CARMEN M MERCED TORRES |
| 04/08/2008 | 08:30 AM | VISTA MODIFICACION PENSION ALIMENTICIA | 302 | MARRERO COLL, FERNANDO |