**Administration for Child Support Enforcement**
**Department of the Family**

## Case Reconciliation

| | | | | | |
|---|---|---|---|---|---|
| Case: | 0351865 | | Frequency: | ME | Monthly |
| From: | Oct. 2003 | To: Oct. 2019 | Employee: | SM3584 | |
| Iniciating/Responding Case: | | | | | |

## Total Payments

| | Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Total | $136,585.60 | $100,456.13 | $26,425.21 | $74,030.92 | $21,920.40 | $159,394.71 | $74,007.79 |

## Payment History

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Oct. 2019 | $1,054.00 | $2,108.00 | $1,054.00 | $1,054.00 | $0.00 | $0.00 | $74,007.79 |
| Sep. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $75,061.79 |
| Aug. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $74,007.79 |
| Jul. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $72,953.79 |
| Jun. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $71,899.79 |
| May. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $70,845.79 |
| Apr. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $69,791.79 |
| Mar. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $68,737.79 |
| Feb. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $67,683.79 |
| Jan. 2019 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $66,629.79 |
| Dec. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $65,575.79 |
| Nov. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $64,521.79 |
| Oct. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,726.00 | $63,467.79 |
| Sep. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $65,193.79 |
| Aug. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $64,139.79 |
| Jul. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $63,085.79 |
| Jun. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $62,031.79 |
| May. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $60,977.79 |
| Apr. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $59,923.79 |
| Mar. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $58,869.79 |
| Feb. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $57,815.79 |
| Jan. 2018 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $56,761.79 |
| Dec. 2017 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $55,707.79 |
| Nov. 2017 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $54,653.79 |

**Administration for Child Support Enforcement**
**Department of the Family**

## Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Oct. 2017 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $53,599.79 |
| Sep. 2017 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $52,545.79 |
| Aug. 2017 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $51,491.79 |
| Jul. 2017 | $1,054.00 | $865.71 | $865.71 | $0.00 | $0.00 | $188.29 | $50,437.79 |
| Jun. 2017 | $1,054.00 | $258.78 | $258.78 | $0.00 | $0.00 | $795.22 | $50,249.50 |
| May. 2017 | $1,054.00 | $502.72 | $502.72 | $0.00 | $0.00 | $551.28 | $49,454.28 |
| Apr. 2017 | $1,054.00 | $749.95 | $749.95 | $0.00 | $0.00 | $304.05 | $48,903.00 |
| Mar. 2017 | $1,054.00 | $851.33 | $851.33 | $0.00 | $0.00 | $202.67 | $48,598.95 |
| Feb. 2017 | $1,054.00 | $778.62 | $778.62 | $0.00 | $0.00 | $275.38 | $48,396.28 |
| Jan. 2017 | $1,054.00 | $685.10 | $685.10 | $0.00 | $0.00 | $368.90 | $48,120.90 |
| Dec. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $47,752.00 |
| Nov. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $46,698.00 |
| Oct. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $45,644.00 |
| Sep. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $44,590.00 |
| Aug. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $43,536.00 |
| Jul. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $42,482.00 |
| Jun. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $41,428.00 |
| May. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $40,374.00 |
| Apr. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $39,320.00 |
| Mar. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $38,266.00 |
| Feb. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $37,212.00 |
| Jan. 2016 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $36,158.00 |
| Dec. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,324.00 | $35,104.00 |
| Nov. 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,780.00 |
| Oct. 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$2,108.00 | $28,780.00 |
| Sep. 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,888.00 |
| Aug. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $30,888.00 |
| Jul. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $29,834.00 |
| Jun. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $28,780.00 |
| May. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $27,726.00 |
| Apr. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $26,672.00 |
| Mar. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $25,618.00 |
| Feb. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $24,564.00 |
| Jan. 2015 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $23,510.00 |
| Dec. 2014 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $22,456.00 |
| Nov. 2014 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.00 | $21,402.00 |
| Oct. 2014 | $1,054.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,568.00 | $20,348.00 |

**Administration for Child Support Enforcement**
**Department of the Family**

## Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Sep. 2014 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,780.00 |
| Aug. 2014 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,085.00 |
| Jul. 2014 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $1,390.00 |
| Jun. 2014 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $695.00 |
| May. 2014 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $695.00 |
| Apr. 2014 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $695.00 |
| Mar. 2014 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $695.00 |
| Feb. 2014 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $695.00 |
| Jan. 2014 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $695.00 |
| Dec. 2013 | $695.00 | $2,085.00 | $695.00 | $1,390.00 | $0.00 | $0.00 | $0.00 |
| Nov. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $1,390.00 |
| Oct. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $695.00 |
| Sep. 2013 | $695.00 | $8,340.00 | $695.00 | $7,645.00 | $0.00 | $0.00 | $0.00 |
| Aug. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $7,645.00 |
| Jul. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $6,950.00 |
| Jun. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $6,255.00 |
| May. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $5,560.00 |
| Apr. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $4,865.00 |
| Mar. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $4,170.00 |
| Feb. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $3,475.00 |
| Jan. 2013 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,780.00 |
| Dec. 2012 | $695.00 | $1,390.00 | $695.00 | $695.00 | $0.00 | $0.00 | $2,085.00 |
| Nov. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,780.00 |
| Oct. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,085.00 |
| Sep. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $1,390.00 |
| Aug. 2012 | $695.00 | $5,060.00 | $695.00 | $4,365.00 | $0.00 | $0.00 | $695.00 |
| Jul. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $5,060.00 |
| Jun. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $4,365.00 |
| May. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $3,670.00 |
| Apr. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,975.00 |
| Mar. 2012 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $2,280.00 |
| Feb. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $2,280.00 |
| Jan. 2012 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $1,585.00 |
| Dec. 2011 | $695.00 | $1,390.00 | $695.00 | $695.00 | $0.00 | $0.00 | $890.00 |
| Nov. 2011 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $1,585.00 |
| Oct. 2011 | $695.00 | $695.00 | $695.00 | $0.00 | $0.00 | $0.00 | $1,585.00 |
| Sep. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$7,420.00 | $1,585.00 |

**Administration for Child Support Enforcement**
**Department of the Family**

# Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Aug. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $500.00 | $9,505.00 | $890.00 |
| Jul. 2011 | $695.00 | $48,641.92 | $695.00 | $47,946.92 | $0.00 | $0.00 | -$8,810.00 |
| Jun. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $695.00 | $39,136.92 |
| May. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $48,441.92 |
| Apr. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $47,746.92 |
| Mar. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $695.00 | $47,051.92 |
| Feb. 2011 | $695.00 | $2,085.00 | $695.00 | $1,390.00 | $0.00 | $0.00 | $46,356.92 |
| Jan. 2011 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $335.60 | $47,746.92 |
| Dec. 2010 | $695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $694.40 | $47,411.32 |
| Nov. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $1,054.40 | $0.00 | $46,716.32 |
| Oct. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $46,716.92 |
| Sep. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $45,662.52 |
| Aug. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $44,608.12 |
| Jul. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $2,108.00 | $1,054.40 | $43,553.72 |
| Jun. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $44,607.32 |
| May. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $43,552.92 |
| Apr. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $2,108.00 | $1,054.40 | $42,498.52 |
| Mar. 2010 | $1,054.40 | $1,054.00 | $1,054.00 | $0.00 | $0.00 | $0.40 | $43,552.12 |
| Feb. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $43,551.72 |
| Jan. 2010 | $1,054.40 | $0.00 | $0.00 | $0.00 | $1,200.00 | $7,666.32 | $42,497.32 |
| Dec. 2009 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $36,031.00 |
| Nov. 2009 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $34,976.60 |
| Oct. 2009 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $33,922.20 |
| Sep. 2009 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $32,867.80 |
| Aug. 2009 | $1,054.40 | $0.00 | $0.00 | $0.00 | $0.00 | $1,054.40 | $31,813.40 |
| Jul. 2009 | $1,054.40 | $400.00 | $400.00 | $0.00 | $0.00 | $654.40 | $30,759.00 |
| Jun. 2009 | $1,054.40 | $400.00 | $400.00 | $0.00 | $0.00 | $654.40 | $30,104.60 |
| May. 2009 | $1,054.40 | $1,200.00 | $350.00 | $850.00 | $0.00 | $27,800.20 | $29,450.20 |
| Apr. 2009 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,500.00 |
| Mar. 2009 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,150.00 |
| Feb. 2009 | $350.00 | $400.00 | $350.00 | $50.00 | $0.00 | $0.00 | $1,800.00 |
| Jan. 2009 | $350.00 | $400.00 | $350.00 | $50.00 | $0.00 | $0.00 | $1,850.00 |
| Dec. 2008 | $350.00 | $400.00 | $350.00 | $50.00 | $0.00 | $0.00 | $1,900.00 |
| Nov. 2008 | $350.00 | $1,550.00 | $350.00 | $1,200.00 | $0.00 | $0.00 | $1,950.00 |
| Oct. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $3,150.00 |
| Sep. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,800.00 |
| Aug. 2008 | $350.00 | $400.00 | $350.00 | $50.00 | $0.00 | $0.00 | $2,450.00 |

**Administration for Child Support Enforcement**
**Department of the Family**

## Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Jul. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,500.00 |
| Jun. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,150.00 |
| May. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$300.00 | $1,800.00 |
| Apr. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $0.00 | $1,450.00 |
| Mar. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,100.00 |
| Feb. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $1,750.00 |
| Jan. 2008 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $1,400.00 |
| Dec. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $1,050.00 |
| Nov. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $700.00 |
| Oct. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Sep. 2007 | $350.00 | $700.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| Aug. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Jul. 2007 | $350.00 | $700.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| Jun. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| May. 2007 | $350.00 | $700.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| Apr. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Mar. 2007 | $350.00 | $1,050.00 | $350.00 | $700.00 | $0.00 | $0.00 | $0.00 |
| Feb. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $700.00 |
| Jan. 2007 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Dec. 2006 | $350.00 | $700.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| Nov. 2006 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| Oct. 2006 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sep. 2006 | $350.00 | $700.00 | $350.00 | $350.00 | $0.00 | $0.00 | -$350.00 |
| Aug. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jun. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Apr. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mar. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan. 2006 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec. 2005 | $350.00 | $3,650.00 | $350.00 | $3,300.00 | $0.00 | $0.00 | $0.00 |
| Nov. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $3,300.00 |
| Oct. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 | $350.00 | $2,950.00 |
| Sep. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $3,250.00 | $350.00 | $3,950.00 |
| Aug. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $6,850.00 |
| Jul. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $6,500.00 |

Administration for Child Support Enforcement
Department of the Family

# Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Jun. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $6,150.00 |
| May. 2005 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $5,800.00 |
| Apr. 2005 | $350.00 | $850.00 | $350.00 | $500.00 | $0.00 | $0.00 | $5,800.00 |
| Mar. 2005 | $350.00 | $700.00 | $350.00 | $350.00 | $0.00 | $0.00 | $6,300.00 |
| Feb. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $6,650.00 |
| Jan. 2005 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $6,300.00 |
| Dec. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $5,950.00 |
| Nov. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $5,600.00 |
| Oct. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $5,250.00 |
| Sep. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $4,900.00 |
| Aug. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $4,550.00 |
| Jul. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $4,200.00 |
| Jun. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $3,850.00 |
| May. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $3,500.00 |
| Apr. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $3,150.00 |
| Mar. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,800.00 |
| Feb. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,450.00 |
| Jan. 2004 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $2,100.00 |
| Dec. 2003 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $1,750.00 |
| Nov. 2003 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $1,400.00 |
| Oct. 2003 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 |