Administration for Child Support Enforcement
Department of the Family

**ASUME**
Administración para el Sustento de Menores
Gobierno de Puerto Rico

# Case Reconciliation

| Case: | 0526688 | | | Frequency: | ME | Monthly |
| From: | Sep. 2013 | To: | Oct. 2019 | Employee: | SM3584 | |
| Iniciating/Responding Case: | | | | | | |

## Total Payments

| | Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Total | $233,590.00 | $14,646.92 | $14,646.92 | $0.00 | $100,340.97 | $250,194.05 | $153,143.08 |

## Payment History

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Oct. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $153,143.08 |
| Sep. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $149,853.08 |
| Aug. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $146,563.08 |
| Jul. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $143,273.08 |
| Jun. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $139,983.08 |
| May. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $136,693.08 |
| Apr. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $133,403.08 |
| Mar. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $130,113.08 |
| Feb. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $126,823.08 |
| Jan. 2019 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $123,533.08 |
| Dec. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $120,243.08 |
| Nov. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $116,953.08 |
| Oct. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $113,663.08 |
| Sep. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $110,373.08 |
| Aug. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $107,083.08 |
| Jul. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $103,793.08 |
| Jun. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $100,503.08 |
| May. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $97,213.08 |
| Apr. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $93,923.08 |
| Mar. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $90,633.08 |
| Feb. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $87,343.08 |
| Jan. 2018 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $84,053.08 |
| Dec. 2017 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $80,763.08 |
| Nov. 2017 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $77,473.08 |

**Administration for Child Support Enforcement**
**Department of the Family**

## Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Oct. 2017 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $74,183.08 |
| Sep. 2017 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $70,893.08 |
| Aug. 2017 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $67,603.08 |
| Jul. 2017 | $3,290.00 | $2,702.72 | $2,702.72 | $0.00 | $0.00 | $587.28 | $64,313.08 |
| Jun. 2017 | $3,290.00 | $807.78 | $807.78 | $0.00 | $0.00 | $2,482.22 | $63,725.80 |
| May. 2017 | $3,290.00 | $1,569.20 | $1,569.20 | $0.00 | $0.00 | $1,720.80 | $61,243.58 |
| Apr. 2017 | $3,290.00 | $2,340.94 | $2,340.94 | $0.00 | $0.00 | $949.06 | $59,522.78 |
| Mar. 2017 | $3,290.00 | $2,657.37 | $2,657.37 | $0.00 | $0.00 | $632.63 | $58,573.72 |
| Feb. 2017 | $3,290.00 | $2,430.41 | $2,430.41 | $0.00 | $0.00 | $859.59 | $57,941.09 |
| Jan. 2017 | $3,290.00 | $2,138.50 | $2,138.50 | $0.00 | $0.00 | $1,151.50 | $57,081.50 |
| Dec. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $55,930.00 |
| Nov. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $52,640.00 |
| Oct. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $49,350.00 |
| Sep. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $46,060.00 |
| Aug. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $42,770.00 |
| Jul. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $39,480.00 |
| Jun. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $36,190.00 |
| May. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $32,900.00 |
| Apr. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $29,610.00 |
| Mar. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $26,320.00 |
| Feb. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $23,030.00 |
| Jan. 2016 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $19,740.00 |
| Dec. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,450.00 | $16,450.00 |
| Nov. 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Oct. 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$3,290.00 | $0.00 |
| Sep. 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 |
| Aug. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $100,340.97 | $3,290.00 | $3,290.00 |
| Jul. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $100,340.97 |
| Jun. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $97,050.97 |
| May. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $93,760.97 |
| Apr. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $90,470.97 |
| Mar. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $87,180.97 |
| Feb. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $83,890.97 |
| Jan. 2015 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $80,600.97 |
| Dec. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $77,310.97 |
| Nov. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $74,020.97 |
| Oct. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $70,730.97 |

Administration for Child Support Enforcement
Department of the Family

# Case Reconciliation

| Cycle | Monthly Support Amount | Amount Paid | Child Support | Arrears / Future Payment | Direct Payment | Adjustments /Arrears | Balance |
|---|---|---|---|---|---|---|---|
| Sep. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $67,440.97 |
| Aug. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $64,150.97 |
| Jul. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $60,860.97 |
| Jun. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $57,570.97 |
| May. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $54,280.97 |
| Apr. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $50,990.97 |
| Mar. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $47,700.97 |
| Feb. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $44,410.97 |
| Jan. 2014 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $41,120.97 |
| Dec. 2013 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $37,830.97 |
| Nov. 2013 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $34,540.97 |
| Oct. 2013 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,290.00 | $31,250.97 |
| Sep. 2013 | $3,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,960.97 | $27,960.97 |