# La Rama Judicial de Puerto Rico
La justicia somos todos.

Tribunal Supremo ▾ | Tribunal de Apelaciones ▾ | Tribunal Primera Instancia ▾ | Administración de Tribunales ▾

Consulta de Casos | Consulta de Calendarios

## Consulta de Casos

Inicio / Consultas / Casos

Información General | Señalamientos | Movimientos | Notificaciones | Documentos

| Número de Caso | Demandante | Demandado | Región Tribunal | Asunto | Materia | Estatus |
|---|---|---|---|---|---|---|
| E Cu2013-0006 | COLON MARTINEZ PEDRO LUIS | RIVERA RODRIGUEZ MARY CARMEN | CAGUAS SUPERIOR | RELACIONES DE FAMILIA | CUSTODIA | RESUELTO A PARTIR DE 10/07/2014 |

| Fecha | Hora | Tipo de Señalamiento | Salón | Juez |
|---|---|---|---|---|
| 05/11/2019 | 10:00 AM | VISTA DE SEGUIMIENTO | 0501 | MARIA DEL PILAR GONZALEZ MORENO |
| 09/09/2019 | 09:00 AM | VISTA DE DESACATO | 0501 | MARIA DEL PILAR GONZALEZ MORENO |
| 05/08/2019 | 10:30 AM | VISTA DE DESACATO | 0501 | MARIA DEL PILAR GONZALEZ MORENO |
| 29/07/2019 | 09:30 AM | VISTA DE REVISION | 6EP2 | VANESA PEREZ RUIZ |
| 01/07/2019 | 09:30 AM | VISTA PARA MOSTRAR CAUSA | 0501 | ISANDER J RIVERA MORALES |
| 01/07/2019 | 09:00 AM | VISTA PARA MOSTRAR CAUSA | 0501 | ISANDER J RIVERA MORALES |
| 20/06/2019 | 09:00 AM | VISTA PARA MOSTRAR CAUSA | 0501 | EDWIN FLORES SELLES |
| 15/06/2019 | 09:00 AM | VISTA | 0501 | ILEANEXIS COLON MARTINEZ |
| 23/05/2019 | 09:00 AM | VISTA PARA MOSTRAR CAUSA | 0501 | EDWIN FLORES SELLES |
| 31/01/2019 | 09:30 AM | VISTA REBAJA PENSION ALIMENTICIA | 6EP2 | VANESA PEREZ RUIZ |
| 15/01/2019 | 09:00 AM | VISTA PARA MOSTRAR CAUSA | 0501 | LUIS B. RIVERA VELAZQUEZ |
| 18/12/2018 | 09:00 AM | VISTA EVIDENCIARIA | 0501 | LUIS B. RIVERA VELAZQUEZ |
| 12/12/2018 | 09:00 AM | VISTA | 0501 | LUIS B. RIVERA VELAZQUEZ |
| 13/09/2018 | 09:00 AM | VISTA EVIDENCIARIA | 0501 | LUIS B. RIVERA VELAZQUEZ |
| 12/06/2018 | 01:30 PM | VISTA EVIDENCIARIA | 0501 | LUIS B. RIVERA VELAZQUEZ |
| 17/01/2018 | 09:00 AM | STATUS CONFERENCE | 0501 | LUIS B. RIVERA VELAZQUEZ |
| 15/06/2016 | 09:00 AM | VISTA | 0501 | ILEANEXIS COLON MARTINEZ |
| 28/04/2016 | 09:00 AM | VISTA | 0501 | ILEANEXIS COLON MARTINEZ |
| 16/07/2014 | 09:00 AM | JUICIO EN SU FONDO | 0610 | ILEANEXIS COLON MARTINEZ |
| 13/05/2014 | 09:00 AM | VISTA | 0610 | ILEANEXIS COLON MARTINEZ |
| 30/04/2014 | 01:30 PM | VISTA FIJAR PENSION | 0801 | LUZ IDALIA CRUZ RODRIGUEZ |
| 13/11/2013 | 01:30 PM | VISTA FIJAR PENSION | 0801 | LUZ IDALIA CRUZ RODRIGUEZ |
| 09/09/2013 | 09:00 AM | VISTA PARA MOSTRAR CAUSA | 0610 | ILEANEXIS COLON MARTINEZ |
| 22/08/2013 | 01:30 PM | VISTA FIJAR PENSION | 0801 | LUZ IDALIA CRUZ RODRIGUEZ |
| 29/05/2013 | 01:30 PM | VISTA FIJAR PENSION | 0801 | LUZ IDALIA CRUZ RODRIGUEZ |

Hacer otra búsqueda